

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,797-01

### EX PARTE JAMES DALTON SMITH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W401-82195-2015-HC IN THE 401ST DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record at this Court appears, however, to be incomplete. According to Applicant, since his writ record was forwarded to this Court, he has filed an amended writ and/or an amended brief.

The district clerk shall either forward to this Court Applicant's amended writ and/or his

amended brief or certify in writing that these documents are not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: May 12, 2021
Do not publish